UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire insurance company,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NATALE, an individual; CHARLIE GIBBS, an individual; and JENNY CHAMBERS, as the Legal Guardian for M.R., a minor,<br><br>Defendants. | No. 3:21-cv-05911-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court upon Plaintiff Safeco Insurance Company of America's Motion for Summary Judgment. Dkt. # 27. The Court has reviewed the materials submitted in connection with the motion, which is unopposed, and balance of the case file. Being fully advised, the Court GRANTS the motion. The Court ORDERS that Defendant Natale is not an insured under the Policy; the Policy affords no liability coverage to Natale with respect to the Underlying Complaint or the Underlying Lawsuit; and Safeco is permitted to immediately withdraw the defense it is currently providing to Natale in the Underlying Lawsuit.

1  SIGNED this 6th day of December, 2022

*John H. Chun*

HONORABLE JOHN H. CHUN