THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire insurance company,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NATALE, an individual; CHARLIE GIBBS, an individual; and JENNY CHAMBERS, as the Legal Guardian for M.R., a minor,<br><br>Defendants. | No.: 3:21-cv-05911-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF REMAINING CLAIMS |

## I. STIPULATION

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that the remaining claims in the above-captioned lawsuit have been resolved and may be dismissed without prejudice and without attorney fees or costs to any party.

By way of background, plaintiff filed suit on December 10, 2021 (Dkt. 1) asserting a single cause of action (*id.* at 5-6). All defendants were served (Dkts. 4, 5, 6). Defendant Jenny Chambers appeared on February 10, 2022 (Dkt. 10) and answered plaintiff's complaint

on March 25, 2022 (Dkt. 19).

Defendants Daniel Natale and Charlie Gibbs never appeared or answered plaintiff's Complaint. As a result, plaintiff obtained an order of default against both defendants Natale and Gibbs (Dkt. 18).

On August 2, 2022, plaintiff filed a Motion for Summary Judgment with respect to its single cause of action (Dkt. 27). The motion was unopposed, and the court granted the motion on December 6, 2022 (Dkt. 32).

The only remaining claim, then, is plaintiff's single claim as applied to the defaulting defendants Natale and Gibbs. While plaintiff could, at this point, seek a default judgment against both, the matter is now moot as the underlying lawsuit has settled. As a result, plaintiff and defendant Chambers hereby stipulate that any and all remaining claims may be dismissed without prejudice, and that this matter may be closed.

DATED: April 13, 2023

| BULLIVANT HOUSER BAILEY PC | PFAU COCHRAN VERTETIS AMALA |
|---|---|
| By /s/ Michael A. Guadagno<br>Michael A. Guadagno, WSBA #34633<br>E-mail: michael.guadagno@bullivant.com<br><br>**Attorneys for Plaintiff Safeco Insurance Company of America** | By /s/ Steve T. Reich<br>Michael T. Pfau, WSBA #24649<br>E-mail: michael@pcvalaw.com<br>Steve T. Reich, WSBA #24708<br>E-mail: sreich@pcvalaw.com<br>Sydney E. Codd, WSBA #52740<br>E-mail: scodd@pcvalaw.com<br><br>**Attorneys for Defendant Jenny Chambers, legal guardian for M.R., a minor** |

## II. ORDER

It is so ordered.

DATED this 14th day of April, 2023.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

Presented by:

| BULLIVANT HOUSER BAILEY PC | PFAU COCHRAN VERTETIS AMALA |
|---|---|
| By /s/ Michael A. Guadagno<br>Michael A. Guadagno, WSBA #34633<br>E-mail: michael.guadagno@bullivant.com<br><br>**Attorneys for Plaintiff Safeco Insurance Company of America** | By /s/ Steve T. Reich<br>Michael T. Pfau, WSBA #24649<br>E-mail: michael@pcvalaw.com<br>Steve T. Reich, WSBA #24708<br>E-mail: sreich@pcvalaw.com<br>Sydney E. Codd, WSBA #52740<br>E-mail: scodd@pcvalaw.com<br><br>**Attorneys for Defendant Jenny Chambers, legal guardian for M.R., a minor** |